UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG NGUYEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN RICHARD TILL, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-03283-HSG<br><br>**ORDER DENYING AS MOOT MOTIONS TO WITHDRAW REFERENCE**<br><br>Re: Dkt. No. 1 |
| MIMI NGUYEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HUNG NGUYEN, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-03581-HSG<br><br>Re: Dkt. No. 1 |

　　　　Pending before the Court are Debtor N&H Investments, LLC's motions to withdraw the reference for adversary proceedings 15-05058 (Nguyen v. Nguyen et al.) and 15-05050 (Nguyen v. Till et al.).  Case No. 15-cv-03283-HSG, Dkt. No. 1; Case No. 15-cv-03581, Dkt. No. 1.  On September 1, 2015, Bankruptcy Judge Lafferty issued an order dismissing Debtor's chapter 11 proceeding.  Case No. 15-51552, Dkt. No. 70.  On that same day, Judge Lafferty remanded to state court the adversary proceedings to which the pending motions in this Court relate.  Case No. 15-05050, Dkt. No. 35; Case No. 15-05058, Dkt. No. 36.

//

//

//

//

In light of the remand of the adversary proceedings, the Court DENIES AS MOOT Debtor's motions to withdraw the reference. The hearing on these motions set for October 1, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: 9/14/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge